HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

HYE JA KIM

*Plaintiff*

v.

SIDNEY K. KANAZAWA, ESQ, et al

*Defendant*

Case No. 1:16-CV-000055 JMS-BMK

Related Doc. No. 14

## AMENDED MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| Name of Attorney: | SHAWN M. COLLINS |
| --- | --- |
| Firm Name: | The Collins Law Firm PC |
| Firm Address: | 1770 Park St., Ste. 200, Naperville, IL 60563 |
| Attorney CM/ECF Primary email address: | shawn@collinslaw.com |
| Firm Telephone: 630.527.1595 | Firm Fax: 630.527.1193 |
| Party Represented: | Plaintiff |
| Name/Address of Local Counsel | Michael A. Lilly<br>Ning, Lilly & Jones<br>707 Richards Street, Suite 700, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

*[signature]*

Shawn M. Collins

3/7/2016

Dated:    Signature*    (Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.